Clear Form

FILED
AUG -5 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dwayne William Mack,
Nathaniel Basola Sobayo,
doing business as, Kingsway
Capital Partners,
                    Plaintiff,

vs.

PNC Mortgage, a div of
PNC Bank, et al
                    Defendant.

CASE NO. C11-03850

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Nathaniel Basola Sobayo, doing business as, Kingsway Capital Partners, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?          Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __None__  Net: __none__

Employer: __None__
_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

| | |
|---|---|
| 1 | and wages per month which you received. *none* |
| 2 | _____ |
| 3 | _____ |
| 4 | _____ |
| 5 | 2. Have you received, within the past twelve (12) months, any money from any of the |
| 6 | following sources: |
| 7 |     a. Business, Profession or     Yes ___ No *none* |
| 8 |         self employment? |
| 9 |     b. Income from stocks, bonds,     Yes ___ No *none* |
| 10 |         or royalties? |
| 11 |     c. Rent payments?     Yes ___ No *none* |
| 12 |     d. Pensions, annuities, or     Yes ___ No *none* |
| 13 |         life insurance payments? |
| 14 |     e. Federal or State welfare payments,     Yes ___ No *none* |
| 15 |         Social Security or other govern- |
| 16 |         ment source? |
| 17 | If the answer is "yes" to any of the above, describe each source of money and state the amount |
| 18 | received from each. |
| 19 | _____ |
| 20 | _____ |
| 21 | 3. Are you married?     Yes ___ No ✓ *Separated* |
| 22 | Spouse's Full Name: _____ |
| 23 | Spouse's Place of Employment: _____ |
| 24 | Spouse's Monthly Salary, Wages or Income: |
| 25 | Gross $_____ Net $_____ |
| 26 | 4.   a. List amount you contribute to your spouse's support:$ *none* |
| 27 |     b. List the persons other than your spouse who are dependent upon you for support |
| 28 |         and indicate how much you contribute toward their support. (NOTE: For minor |

C

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.   Do you own or are you buying a home?   Yes ___ No ✓

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.   Do you own an automobile?   Yes ✓ No ___

7  Make 2004 PT _____ Year 2004 Model PT Cruiser

8  Is it financed? Yes ✓ No ___ If so, Total due: $ 700.00

9  Monthly Payment: $ 295.00

10  7.   Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s):  $ _____

14  Do you own any cash?  Yes ___ No ✓ Amount: $ _____

15  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16  market value.)   Yes ___ No ✓

17  _____

18  8.   What are your monthly expenses?

19  Rent: $ 0 _____ Utilities: 0 _____

20  Food: $ 0 _____ Clothing: 0 _____

21  Charge Accounts:

22  | Name of Account | Monthly Payment | Total Owed on This Account |
| --- | --- | --- |
| Capital One | $ 15.00 | $ 500.00 |
| Household Bank | $ 15.00 | $ 300.00 |
|  | $ | $ |

26  9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)  (none)

28  _____

1 _____

2 10.    Does the complaint which you are seeking to file raise claims that have been presented in

3 other lawsuits?  Yes ___ No _✓_

4 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5 which they were filed.

6 _____

7 _____

8 I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9 false statement herein may result in the dismissal of my claims.

10

11 _8/4/2011_____                _[signature]_____

12     DATE                                  SIGNATURE OF APPLICANT