Clear Form

1
2
3
4
5        FILED
6        AUG - 5 2011
7        RICHARD W. WIEKING
         CLERK, U.S. DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
         OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dwayne William Mack
Nathaniel Basola Sobayo,
doing business As, Kingsway
Capital partners,
                        Plaintiff,

          vs.

PNC Mortgage, a div of,
PNC Bank, et al
                        Defendant.

CASE NO. C11-03850 CW

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Dwayne Mack, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?                    Yes ___  No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____none_____  Net: _____N/A (none)_____

Employer: _____Unemployed_____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

```
 1  and wages per month which you received.
 2  _____ n/A  (none) _____
 3  _____
 4  _____
 5  2.     Have you received, within the past twelve (12) months, any money from any of the
 6  following sources:
 7         a.     Business, Profession or              Yes ___ No _X_
 8                self employment?
 9         b.     Income from stocks, bonds,           Yes ___ No _X_
10                or royalties?
11         c.     Rent payments?                       Yes ___ No _X_
12         d.     Pensions, annuities, or              Yes ___ No _X_
13                life insurance payments?
14         e.     Federal or State welfare payments,   Yes _X_ No ___ ✓ AW
15                Social Security or other govern-
16                ment source?
17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.                                               APPROX
19  _____ State Unemployment - 1,350.00 _____
20  _____
21  3.     Are you married?                            Yes ___ No _X_
22  Spouse's Full Name: _____ n/A (none) _____
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $_____  Net $_____
26  4.     a.     List amount you contribute to your spouse's support:$ _____
27         b.     List the persons other than your spouse who are dependent upon you for support
28                and indicate how much you contribute toward their support. (NOTE: For minor
```

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____ N/A (none)

_____

5. Do you own or are you buying a home?      Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?          Yes _X_ No ___

Make _Benz_____ Year _2002_ Model _Mercedes_____

Is it financed? Yes ____ No _X_ If so, Total due: $ _____

Monthly Payment: $ __0__

7. Do you have a bank account?  Yes _✓_ No ___  (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ __0__

Do you own any cash?  Yes ___ No _✓_ Amount: $ _480. for utilities_

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)                                Yes ___ No _✓_

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: $400.00

Food: $ _350.00_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Bankruptcy Court | $ 110.00 | $ 2,750.00 |
| | $ | $ |
| Medical Bill | $ 0 | $ 165,000.00 |

9. Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.) _doctor bills, Credit bankruptcy debt._

C

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8/4/11
DATE

*[signature]*
SIGNATURE OF APPLICANT
Dwayne William Mack