| | |
|---|---|
| 1 | Charles B. Wood III, SBN 163146 |
| | **MATTICE LAW OFFICES** |
| 2 | 547 Jefferson Street, Suite A |
| | Fairfield, California 94533 |
| 3 | (707) 429-2222 |
| 4 | Attorney for Defendants |
| | POLYMATHIC PROPERTIES, INC., |
| 5 | BLUE MOUNTAIN HOMES, LLC, WILL LUJAN, |
| | CHARLES B. WOOD III, MATTICE LAW OFFICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE WILLIAM MACK, NATHANIEL BASOLA SOBAYO, DBA KINGSWAY CAPITAL PARTNERS, | NO. C11-03850 |
| Plaintiffs, | **REQUEST FOR JUDICIAL NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 201 IN SUPPORT OF MOTION TO DISMISS** |
| v. | |
| PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK, BANK OF AMERICA, N.A., BLUE MOUNTAIN HOMES, LLC, WILL LUJAN, AS AGENT FOR A PURPORTED OWNER. CAL-WESTERN RECONVEYANCE CORPORATION, POLYMATHIC PROPERTIES, INC; CHARLES B. WOOD III, SBN 163146, ATTORNEY AT LAW; MATTICE LAW OFFICES AND DOES 1-50, INCLUSIVE, | Date:   January 5, 2012<br>Time:   2:00 p.m.<br>Dept.:  2<br>Judge:  Hon. Claudia Wilken |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Counsel for the Defendants POLYMATHIC PROPERTIES, INC.,BLUE MOUNTAIN HOMES, LLC, WILL LUJAN, CHARLES B. WOOD III and MATTICE LAW OFFICES respectfully requests the Honorable Claudia Wilken to take Judicial Notice pursuant to Federal Rule of Evidence Code 201 of the following:

1. Defendant, Polymathic Properties purchased Plaintiff Dwayne Mack's former home, 404 Amber Drive, Suisun City, at a Trustee sale on August 2, 2011. The trustee deed was recorded August 18, 2011, a true and correct copy of which is attached and incorporated herein as Exhibit 1.

2. On September 23, 2011, Plaintiff Dwayne Mack filed a Notice of Removal of Polymathic's Unlawful Detainer action regarding 404 Amber Drive, Suisun City to United States Federal Court, Eastern District, removing the Unlawful Detainer Action to the Eastern District of California Federal Court (Case number 2:11-CV-02513). A true and correct copy of the pleadings filed in the Federal Eastern District will be filed separately as Exhibit 2.

3. Charles B. Wood III of Mattice Law Offices is the attorney for Polymathic Properties, Inc., who filed the Unlawful Detainer Action against Dwayne Mack in the Superior Court for the State of California on August 25, 2011. A true and correct copy of the Unlawful Detainer Complaint is attached and incorporated herein as Exhibit 3.

4. Plaintiff Dwayne Mack surrendered the 404 Amber Drive property to the lender in the course of his Chapter 13 proceeding. The Chapter 13 plan was filed on August 13, 2010 and approved by the Court on September 23, 2010. A true and correct copy of the Chapter 13 Plan and Order Confirming Plan are attached and incorporated herein as Exhibit 4.

Dated: November 30, 2011                    Respectfully submitted,

                                            MATTICE LAW OFFICES

                                             /s/
                                            _____
                                            CHARLES B. WOOD III
                                            Attorney for POLYMATHIC PROPERTIES,
                                            INC., BLUE MOUNTAIN HOMES, LLC, WILL
                                            LUJAN, CHARLES B. WOOD III, MATTICE
                                            LAW OFFICES