IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE WILLIAM MACK et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PNC MORTGAGE, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-3850 CW<br><br>ORDER DENYING<br>MOTION TO DISMISS<br>AS MOOT |

On November 30, 2011, Defendants Polymathic Properties, Inc., Blue Mountain Homes, LLC, Will Lujan, Charles B. Wood III, and Mattice Law Offices filed a motion to dismiss the claims against them for failure to state a claim upon which relief can be granted and for lack of federal jurisdiction.  On December 1, 2011, the Court entered an Order Dismissing Plaintiffs' First Amended Complaint Without Leave to Amend for lack of federal jurisdiction.  Therefore, Defendants' motion to dismiss is denied as moot.

    IT IS SO ORDERED.

Dated: 12/6/2011

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge